IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARTURO CORTES-MENDOZA, <br><br> Plaintiff, <br><br> v. <br><br> HS2 HOLDINGS, INC.; HERE TO SERVE RESTAURANTS, INC.; and LEIGH CATHERALL, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:15-CV-3623-SCJ |

## **O R D E R**

Counsel for the Plaintiff having advised the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 3rd day of November, 2016.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE